Nancy Marian WHITTY,
Plaintiff–Appellant

v.

NEW ORLEANS POLICE DEPARTMENT; City of New Orleans; Mayor C. Ray Nagin; Warren J. Riley, Police Superintendent; Officer F. Denton, Defendants–Appellees.

No. 06–31115
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 31, 2007.

Ashton R. O'Dwyer, Jr., New Orleans, LA, for Plaintiff–Appellant.

James B. Mullaly, City Attorney's Office for the City of New Orleans, New Orleans, LA, for Defendants–Appellees.

---

Before WIENER, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

We affirm the district court's dismissal without prejudice of Nancy Marian Whitty's suit brought pursuant to 42 U.S.C. § 1983. Her complaint does not allege any facts that would substantiate her conclusory claim that her First and Fourteenth Amendment rights were violated. *See Arnaud v. Odom,* 870 F.2d 304, 307 (5th Cir.1989) ("A plaintiff may not . . . plead merely conclusory allegations to successfully state a section 1983 claim, but must instead set forth specific facts which, if proven, would warrant the relief sought."); FED.R.CIV.P. 12(b)(6).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

